IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION



NAOMI SPENCER DALY and
DARRELL CASTLE,

    Plaintiffs,

v.                   No. 3:16-cv-08981

NATALIE TENNANT.
in her official capacity as
Secretary of State of the
State of West Virginia,

    Defendant.

## ORDER GRANTING MOTION TO INTERVENE

Having reviewed the application of Dorrel W. Arthur to intervene, together with the memorandum and exhibits submitted in support thereof, the Court finds that the application satisfies the standards of Rule 24(a), *Federal Rules of Civil Procedure*, for intervention as a matter of right.

Based upon the Court's finding that the motion to intervene satisfies the standards of Rule 24(a), it is **ORDERED** that Dorrel W. Arthur's motion to intervene in this case as an additional party plaintiff be **GRANTED**.

Entered this \_\_\_21\_\_\_ day of September, 2016.

                                                                JUDGE

Presented by:

s/Harvey D. Peyton
Harvey D. Peyton, Esquire (#2890)
Thomas H. Peyton, Esquire (#8841)
*Peyton Law Firm, PLLC*
P. O. Box 216
Nitro, WV 25143
Telephone: (304) 755-5556
Fax: (304) 755-1255
***Counsel for Dorrel W. Arthur***