IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

NAOMI SPENCER DALY and
DARRELL CASTLE,

                Plaintiffs,

Dorrell W. Arthur,

                Intervenor Plaintiff,

v.                                      CIVIL ACTION NO.   3:16-08981

NATALIE TENNANT,
in her official capacity as
Secretary of State of the
State of West Virginia, and
BRIAN WOOD, in his official
capacity as Clerk of the County
Commission of Putnam County,
West Virginia,

                Defendants.

**ORDER**

For the reasons stated at the hearing held on this day, the Court **CONVERTS** Plaintiffs' Emergency Motion for a Temporary Restraining Order (ECF No. 3) into a motion for a Preliminary Injunction and **GRANTS** the Preliminary Injunction. The Court hereby **ENJOINS** Defendants Natalie Tennant and Brian Wood from removing Plaintiffs, Plaintiff Intervenor, and all similarly-situated candidates from the general election ballots. The Court further **DIRECTS** Defendant Tennant to immediately notify the County Clerks that Plaintiffs, Plaintiff Intervenor, and all similarly-situated candidates should not be removed from the general election ballots. A Memorandum Opinion and Order shall follow.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

    ENTER:    September 22, 2016

_____
ROBERT C. CHAMBERS, CHIEF JUDGE