## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

NAOMI SPENCER DALY and
DARRELL CASTLE,

                     Plaintiffs,

Dorrell W. Arthur,

                     Intervenor Plaintiff,

v.                              CIVIL ACTION NO.  3:16-08981

NATALIE TENNANT,
in her official capacity as
Secretary of State of the
State of West Virginia, and
BRIAN WOOD, in his official
capacity as Clerk of the County
Commission of Putnam County,
West Virginia,

                     Defendants.

### ORDER

On October 21, 2016, this Court entered a Memorandum Opinion and Order granting a Preliminary Injunction. Since that time, there has been no activity by the parties. Accordingly, the Court intends to convert the Preliminary Injunction into a Permanent Injunction and dismiss this action from the docket of the Court. If any of the parties object to the Court's proposal, the Court **DIRECTS** they file their objections **on or before Friday, January 20, 2017**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                ENTER:       January 13, 2017

                ROBERT C. CHAMBERS, CHIEF JUDGE