IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

NAOMI SPENCER DALY and
DARRELL CASTLE,

           Plaintiffs,

Dorrell W. Arthur,

           Intervenor Plaintiff,

v.             CIVIL ACTION NO.   3:16-08981

MAC WARNER,
in her official capacity as
Secretary of State of the
State of West Virginia, and
BRIAN WOOD, in his official
capacity as Clerk of the County
Commission of Putnam County,
West Virginia,

           Defendants.

**JUDGMENT ORDER**

In accordance with the accompanying Order, the Court **ORDERS** that a permanent injunction be entered as provided therein and that Defendant Warner notify all County Clerks of this injunction within 14 days. The Court further **FINDS** Plaintiffs are the prevailing party within the meaning of 42 U.S.C. § 1988, and **DIRECTS** that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

ENTER:   January 24, 2017

ROBERT C. CHAMBERS, CHIEF JUDGE